IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| CHARLES RICKY CHOYCE, JR. | § | |
| VS. | § | CIVIL ACTION NO. 5:15cv176 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Charles Ricky Choyce, Jr., an inmate confined in the Telford Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

### Discussion

Petitioner complains of a judgment entered by the 337th District Court of Harris County, Texas. Petitioner asserts the judgment mistakenly states that a deadly weapon was involved in his offense.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Harris County, Texas. Pursuant to 28 U.S.C. § 124, Harris County is in Houston Division of the Southern District of Texas. As all records and witnesses involving

this action may be located in the Southern District, the transfer of this action to such district would further justice.

For the reasons set forth above, it is

**ORDERED** that this case should be transferred to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this 24th day of November, 2015.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE